# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**LONNIE BLACK,**

    Petitioner,

**-vs-**

**WARDEN, LEBANON CORRECTIONAL INSTITUTION,**

    Respondent.

**CASE NO. 1:12-cv-821**

Judge Timothy S. Black
Magistrate Judge Stephanie K. Bowman

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]** **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]** **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 13) of the United States Magistrate Judge is **ADOPTED**; the Respondent's Motion to Dismiss (Doc 6) is **GRANTED**; the Petition (Doc. 1) is **DISMISSED** with prejudice; a certificate of appealability is **DENIED**; the Court certifies under 28 U.S.C. § 1915 (a)(3) any appeal would not be taken in good faith and Petitioner is **DENIED** leave to appeal *in forma pauperis*. The case is **CLOSED** on the docket of this Court.

Date: August 12, 2013

**JOHN P. HEHMAN, CLERK**
  By: s/ M. Rogers
Deputy Clerk